IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:06CR2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JAVIER CONSTANTINO FIGUEROA, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Suppress Physical Evidence Siezed [sic] Pursuant to Warrant," filed June 29, 2006. In his Motion, Defendant seeks to suppress any evidence obtained during a December 15, 2005 search, contending that the affidavit in support of the search warrant was facially invalid. The Court is unable to address Defendant's Motion without a response from the Government.

Accordingly, **the Court directs the Government to respond to Defendant's Motion within ten (10) days of the date of this Order**.

The Clerk is hereby directed to send a copy of this Order to the United States Attorney and to Defense Counsel.

Signed: July 21, 2006

Richard L. Voorhees
United States District Judge