UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:06CR2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | FINAL ORDER |
| | ) | OF FORFEITURE |
| v. | ) | |
| | ) | |
| JAVIER C. FIGUEROA, | ) | |
| | ) | |
| Defendant. | ) | |

On October 25, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant' plea of guilty to Count One in the Bill of Indictment. In that Count, the defendant was charged with possession with intent to distribute cocaine and marijuana and aiding and abetting other in the same, a violation of 21 U.S.C. § 841(a)(1) 18 and 18 U.S.C. § 2.

On December 8, 2006, the United States published in the *Hickory Daily Reccord*, a newspaper of general circulation in Catawba County, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

– **the sum of approximately $2,400.00 in United States currency**

– **a .22 caliber Jennings handgun**

– **a .32 caliber H&R revolver**

– **multiple rounds of .32 caliber ammunition**.

**SO ORDERED.**

Signed: July 29, 2008

Richard L. Voorhees
United States District Judge